NATIONAL RENDERERS ASSOCIA-
TION et al., Petitioners,

v.

ENVIRONMENTAL PROTECTION
AGENCY and Russell E. Train, as
Administrator, Respondents.

No. 75–1182.

United States Court of Appeals,
Eighth Circuit.

Nov. 16, 1977.

Edward W. Warren, Kirkland, Ellis &
Rowe, Frederick M. Rowe, Washington, D.
C., G. Lane Roberts, Jr., St. Louis, Mo., for
petitioners; Philip J. Davis, Kirkland, Ellis
& Rowe, Washington, D. C., on the brief.

Lloyd S. Guerci, Edmund B. Clark, Attys.,
Dept. of Justice, Land & Natural Resources
Div., Washington, D. C., for respondents;
Peter R. Taft, Asst. Atty. Gen., and Alfred
T. Ghiorzi, Atty., Dept. of Justice, Lee E.
Caplin, Atty., EPA, Washington, D. C., on
the brief.

Before GIBSON, Chief Judge, and HEA-
NEY and WEBSTER, Circuit Judges.

ORDER

Upon Petitioners' Motion for Voluntary
Dismissal and the Court being fully advised
in the premises, it is hereby

ORDERED that the instant proceeding
for review of the Environmental Protection
Agency's standards of performance for new
sources in the independent rendering indus-
try be dismissed. Each party is to bear its
own costs.